# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATOYA LAKTZIAN,<br><br>  Plaintiff<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>  Defendant | Case No.: 2:19-cv-00775-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Steadfast Insurance Company's response (ECF No.11),

IT IS ORDERED that the order to show cause (ECF No. 6) is deemed satisfied and I will not remand this case for lack of subject matter jurisdiction at this time.

DATED this 10th day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE