Darrell D. Dennis
Nevada Bar No. 6618
Darrell.Dennis@lewisbrisbois.com
Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
Blake A. Doerr
Nevada Bar No. 9001
Blake.Doerr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*STEADFAST INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| LATOYA LAKTZIAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO. 2:19-cv-00775-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED by and between plaintiff Latoya Laktzian and defendant Steadfast Insurance Company, by and through their respective counsel, that this action

4827-5847-4162.1

shall be dismissed in its entirety, with prejudice, with each party to bear her/its own attorneys' fees and costs.

DATED this 27th day of January, 2020

RICHARD HARRIS LAW FIRM

/s/ Samantha M. Martin 12610 for
Samantha A. Martin
Nevada Bar No. 12998
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 29th day of January, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Darrell D. Dennis
Darrell D. Dennis
Nevada Bar No. 6618
Jeffrey D. Olster
Nevada Bar No. 8864
Blake A. Doerr
Nevada Bar No. 9001
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
January 30, 2020.

4827-5847-4162.1

2